# UNITED STATES DISTRICT COURT

District of _____New Hampshire_____

U.S. DISTRICT COURT
New Hampshire, N.H.
FILED
2005 APR -1 P 3:02

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

Verizon Online/Verizon Internet Services, Inc.
Verizon Online Legal Compliance, 4055 Corporate
Drive, Mail Code HQGA1M52, Grapevine, TX  76052
re: Drtom#2@verizon.net

Case Number: 05mj 36

TO: _Special Agent David Furtado_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by   _Special Agent David Furtado_   who has reason to believe
                                                         Affiant

that   ☐ on the person of, or   X on the premises known as (name, description and/or

Verizon Online/Verizon Internet Services, Inc., Verizon Online Legal Compliance, 4055 Corporate Drive, Mail Code HQGA1M52, Grapevine, TX  76052   re: Drtom#2@verizon.net

in the _____ District of _____New Hampshire_____ there is now
concealed a certain person or property, namely (describe the person or property)

See Affidavit

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  _March 28, 2005_
                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search   ☒ in the daytime — 6:00 AM to 10:00 P.M.   ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
_____ as required by law.
U.S. Magistrate Judge   (Rule 41 (f)(4))

_3/18/05   2:40 pm_                    at   Concord, New Hampshire
Date and Time Issued                          City and State

Steven McAuliffe, United States District Court Judge
Name and Title of Judge                        Signature of Judge

| RETURN | | Case Number: |
|---|---|---|
| DATE WARRANT RECEIVED 3/18/05 | DATE AND TIME WARRANT EXECUTED Not executed – see below | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

No records found pertaining to this email account.

A letter dated March 18, 2005 from Verizon Online Security Operations to AUSA Mark Irish states it has no record of a subscriber with the user name listed.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*        4/1/05
Signature of Judge        Date



## Verizon Internet Services Operations
### Security & Legal Compliance
4055 Corporate Drive
Grapevine Texas 76051

### Friday, March 18, 2005

| | |
|---|---|
| | Subpoena<br>Remedy # 19276 |
| From: | Christine Gardener<br>Network Specialist<br>Verizon Online Security Operations<br>214-513-6709 |

| | |
|---|---|
| To: | Mark A Irish, Asst U.S. Attorney<br>603-230-2573 |
| Fax# | 603-225-1470 |
| # pages | 2 |
| Notes: | Pursuant to a preservation request received on 3/14/2005, we are unable to retain the information requested. We have no record of a subscriber with the user name listed. Please contact me if you have any questions.<br><br>Thank You,<br>Christine Gardener |

This report pertains to an active investigation being conducted under the direction of an attorney or executive management. This report is a -confidential and privileged communication between the attorney or executive management and the investigator. It is anticipated that this material may be used in litigation and should be classified as a Verizon restricted document.

1

Verizon Online
Attn: Custodian of Records
VIA FAX ONLY (214) 513-6795
Page 2

B. All files that have been accessed by Drtom#2@verizon.net between January 1, 2002 at 7:00 am EST and the present or are controlled by user accounts associated with Drtom#2@verizon.net between January 1, 2002 at 7:00 am EST and the present;

C. All connection logs and records of user activity for Drtom#2@verizon.net between January 1, 2002 at 7:00 am EST and the present, including;

1. Connection date and time;

2. Disconnect date and time;

3. Method of connection (e.g., telnet, ftp, http);

4. Type of connection (e.g., modem, cable / DSL, T1/LAN);

5. Data transfer volume;

6. User name associated with the connection and other connection information, including the Internet Protocol address of the source of the connection;

7. Telephone caller identification records;

8. Records of files or system attributes accessed, modified, or added by the user;

9. Connection information for other computers to which the user of the e-mail address Drtom#2@verizon.net between January 1, 2002 at 7:00 am EST and the present connected, by any means, during the connection period, including the destination IP address, connection time and date, disconnect time and date, method of connection to the destination computer, the identities (account and screen names) and subscriber information, if known, for any person or entity to which such connection information relates, and all other information related to the connection from ISP or its subsidiaries.

All records and other evidence relating to the subscriber(s), customer(s), account holder(s), or other entity(ies) associated with Drtom#2@verizon.net between January 1, 2002 at 7:00 am EST and the present, including, without limitation, subscriber names, user names, screen names or other identities, mailing addresses, residential addresses, business addresses, e-mail addresses and other contact information, telephone numbers or other subscriber number or identifier number, billing records, information about the length of service and the types of services the subscriber or customer utilized, and any other identifying information, whether such records or other evidence are in electronic or other form.